Constantine S. Brocoum, Appellant.— Motion for stay granted on consent. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Norman A. Taylor, Respondent, v. James Owen, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Irving J. White, Respondent, v. John H. Dahn, Appellant.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Hattie Whorton, Respondent, v. Abraham Stein, Appellant.— On consent, motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Victor (Vincent) Zmyrko and Thomas Edward Gafney, as Receiver, Appellants, v. Jacob (Joseph) Straub, Respondent.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Sabitino Ruocchio, Respondent, v. Harry Golod and Zalme Luloff, Appellants.— On argument, order denying motion to dismiss complaint affirmed, without costs. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

Ida Abramson, Respondent, v. Benjamin M. Helprin and Another, Appellants; Samuel Fuchs and Another, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Achille Mogannte, Respondent, v. Joseph Allar, Appellant.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Arthur Reisman, Respondent, v. Samuel Levy, Appellant.— Motion for stay granted upon condition that appellant furnish an undertaking with corporate surety in the sum of $1,000 within five days from the entry of the order herein to account for all property now or to come in his possession; that he will make no disposition of said property except in the regular course of business, and that he will argue the appeal on November thirteenth, otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Acme Cast Stone Corporation, Appellant, v. Joseph J. Blake and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Acme Cast Stone Corporation, Appellant, v. Joseph J. Blake and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

Salvatore Battaglia, Respondent, v. Carmelo Mazza and Others, Defend-